Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON, | ) Case No. 1:14-cv-03575-NJV |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| CITIGROUP, | ) |
| | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal with prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 30th day of October, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 30th day of October, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Nandor J. Vadas
United States District Court
Northern District of California

This 30th day of October, 2014.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2