UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DONNA BURTON,<br>   Plaintiff,<br>  v.<br>CITIGROUP INC.,<br>   Defendant. | Case No. 14-cv-03575-NJV   (NJV)<br><br>**ORDER**<br>Re: Dkt. No. 9 |

  On October 30, 2014, Plaintiff filed a Notice informing the court that this matter has been settled and requesting sixty days in which to file a voluntary dismissal.  (Doc. 9).

  Accordingly, it is ORDERED that:

  (1) the case management conference and all attendant deadlines are hereby VACTED;

  (2) Plaintiff shall, *on or before December 31, 2014*, file her Notice of Voluntary Dismissal;

  and (3) this matter is set for a status conference on January 27, 2015 at 1:00 p.m., counsel is instructed to call 888-684-8852, enter access code 1868782 and then enter security code 7416.

  **IT IS SO ORDERED**.

Dated: October 31, 2014

                _____
                NANDOR J. VADAS
                United States Magistrate Judge